UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL P. MONROE, | ) | 1:06-CV-01217 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING ORDER TO RESPOND |
| | ) | ISSUED ON SEPTEMBER 15, 2006 |
| v. | ) | [Doc. #5] |
| | ) | |
| JEFF WRIGLEY, Warden, | ) | ORDER DISMISSING PETITIONER'S |
| | ) | MOTION TO SHORTEN TIME |
| Respondent. | ) | [Doc. #7] |
| | ) | |

On September 15, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order. Because the Order to Respond has been vacated, Petitioner's Motion to Shorten Time is now moot. Accordingly, his motion is DISMISSED.

IT IS SO ORDERED.

**Dated:    October 17, 2006**            /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE